# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# Tampa Division

**Zvonimir Kurold,**

      **Plaintiff,**

v.                                 Case No. 8:18-cv-02681-VMC-JSS

**Wells Fargo Bank, N.A.,**

      **Defendant.**

## JOINT STIPULATION OF DISMISSAL

Plaintiff Zvonimir Kurold, and Defendant Wells Fargo Bank., N.A., by counsel, (collectively, the "Parties") jointly file this stipulation of dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The Parties have reached a settlement with respect to all claims asserted in the Complaint. Accordingly, the Parties jointly stipulate that this action is hereby **DISMISSED WITH PREJUDICE** in its entirety and stricken from the Court's docket.

Respectfully submitted this 5th day of April, 2019.

    **SO STIPULATED.**

By: /s/ *William P. Howard*
William P. Howard
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: 813-500-1500
Facsimile: 813-435-2369
Email: Billy@TheConsumerProtectionFirm.com

*Counsel for Plaintiff*

By: /s/ *Gillian DiFilippo Williston*
David M. Gettings
Gillian DiFilippo Williston
TROUTMAN SANDERS, LLP
222 Central Park Ave Ste 2000
Virginia Beach, VA 23462
Telephone: 757-687-7747
Facsimile: 757-687-7510
Email: david.gettings@troutman.com
Email: gillian.williston@troutman.com

*Counsel for Wells Fargo Bank, N.A.*